# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| TAMMY WOLVERTON, on behalf of herself and all other persons similarly situated, known and unknown, | Case No. 2:14-cv-11333-VAR DRG |
| Plaintiff, | Judge Roberts |
| v. | Magistrate Judge Grand |
| DIVERSIFIED RESTAURANT HOLDINGS, INC., and ANKER, INC., | |
| Defendants. | |

## ORDER APPROVING JOINT STIPULATION TO DISMISS CERTAIN OPT-IN PLAINTIFFS WITHOUT PREJUDICE

Upon reviewing the joint stipulation to dismiss certain opt-in Plaintiffs without prejudice filed by the Parties on September 29, 2015 (ECF No. 85), and the Court being otherwise fully advised in the premises, it is hereby Ordered that the following opt-in Plaintiffs be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) from this litigation:

| | Opt-In | Last Name | First Name |
|---|---|---|---|
| 1 | 02/09/15 | Alexander | Kierra |
| 2 | 01/15/15 | Anderson | Rachael |
| 3 | 01/05/15 | Arthmire | Angela |
| 4 | 01/02/15 | Barr | Jaycee S. |
| 5 | 02/09/15 | Barton | Jaland |
| 6 | 01/02/15 | Boston | Leah |
| 7 | 01/26/15 | Bunek | Austin W. |
| 8 | 12/31/14 | Catron Smith | Alissa |
| 9 | 01/13/15 | Causley-Piche | Alyson |
| 10 | 01/07/15 | Cichoski | Taylor |
| 11 | 12/31/14 | Compau | Ryan |

| 12 | 01/02/15 | Cotturone | Monica L |
|---|---|---|---|
| 13 | 12/31/14 | Denny | Bobbie L. |
| 14 | 01/29/15 | Dudek | Kayla |
| 15 | 12/31/14 | Eichelberger | Evan |
| 16 | 01/02/15 | Fullmore | Antionette |
| 17 | 01/15/15 | Germaine | Amanda |
| 18 | 01/15/15 | Goerlitz | Todd |
| 19 | 01/02/15 | Gonzalez | Loreal |
| 20 | 12/31/14 | Grewette | Emily |
| 21 | 01/13/15 | Handley | Lauren |
| 22 | 01/13/15 | Holifield | Emily D. |
| 23 | 03/23/15 | Holloway | Amber B. |
| 24 | 02/09/15 | Huizinga (Wyman) | Elizabeth |
| 25 | 01/02/15 | Iannucci | Alyssa |
| 26 | 01/02/15 | Kanger | Sarah Marie |
| 27 | 01/05/15 | Keen | Shelby |
| 28 | 02/04/15 | Landrum | Buddy |
| 29 | 01/05/15 | Lee | Ryan Adam James |
| 30 | 01/02/15 | Mclaren | Melissa |
| 31 | 01/26/15 | McLaughlin-Smith | Patrick |
| 32 | 02/04/15 | Mitchell (Rock) | Cory |
| 33 | 01/15/15 | Moore | Audrey |
| 34 | 01/02/15 | Morley Mathews | Kathryn |
| 35 | 12/31/14 | Morrison | Mary |
| 36 | 01/02/15 | Parmenter | Jacob |
| 37 | 12/31/14 | Perez | Jacqueline |
| 38 | 01/15/15 | Porchia | Paradise |
| 39 | 01/02/15 | Rix | Lisa |
| 40 | 02/04/15 | Sanders | Samantha L. |
| 41 | 01/05/15 | Sandoval | Michael |
| 42 | 01/05/15 | Sexton | Amanda |
| 43 | 01/14/15 | Soyad | Teresa |
| 44 | 02/10/15 | Stewart | Stephanie |
| 45 | 01/13/15 | Stuart | Todd |
| 46 | 12/31/14 | Thomas | Kaitlyn Marie |
| 47 | 01/16/15 | Weber | Anndrea |
| 48 | 01/20/15 | Wheaton | Stephanie |
| 49 | 12/30/14 | Wohlgemuth | Ryan |
| 50 | 02/04/15 | Wright | Emiley |

**IT IS SO ORDERED.**

Dated: October 5, 2015        /s/ Victoria A. Robert            w
                              Hon. Victoria A. Roberts
                              U.S. DISTRICT COURT JUDGE